No. 9293. W. P. LYONS, PLAINTIFF AND RESPONDENT, *v.* DONALD W. BRAMLETTE and JOAN M. BRAMLETTE, DEFENDANTS AND APPELLANTS.

257 Pac. (2d) 908.

Decided June 12, 1953.

*Messrs. Collins* and *Burns,* Dillon, for Respondent.

*Mr. Carl M. Davis,* Dillon, *Mr. Frank M. Davis,* Dillon, *Mr. Theodore F. McFadden,* Dillon, for Appellants.

Per Curiam.

On application and stipulation of the parties hereto, acting through their respective counsel, it is ordered that the above-entitled appeal be, and the same is, hereby dismissed.

MR. JUSTICE BOTTOMLY, Acting Chief Justice, and ASSOCIATE JUSTICES ANGSTMAN, FREEBOURN and ANDERSON, concur.